SAMUEL POLLACK, Respondent, v. BARNET RESNICK and Others, Judgment Debtors, and WIGDOR FIDELL, Appellant.— Order adjudging appellant in contempt reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. There was no sufficient direction by the justice at Special Term to the appealing judgment debtor to answer specific questions, and no proper basis was, therefore, laid for contempt proceedings. Furthermore, the order appealed from fails to specify the facts deemed to constitute a contempt of court. (Matter of Price, 78 Misc. 42; Matter of East River Bank v. De Lacy, 37 id. 765; Matter of Shorwitz v. Caminez, 152 App. Div. 758; Matter of Silberman Dairy Co. v. Econopouly, 177 id. 97; Ziegfeld v. Norworth, 148 id. 185; Matter of Gordon v. Feldberg, 149 id. 246.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DE BELL'S EMPORIUM, INC., Appellant.— Judgment of conviction of the Court of Special Sessions of the City of New York, Borough of Queens, affirmed. Hagarty, Carswell and Davis, JJ., concur; Lazansky, P. J., and Kapper, J., dissent and vote for reversal and a dismissal of the information.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GRANDVIEW DAIRY, INC., Appellant.— Judgment of conviction by a city magistrate, sitting as a Court of Special Sessions, unanimously affirmed. No opinion. Present — Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JACOB ROSEN, Appellant.— Judgment of conviction and order of the County Court of Kings county unanimously affirmed. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Tompkins and Davis, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PAUL HUNT and ELINOR H. DIEDERICH (Intervenor), Appellants, v. C. JONATHAN SLOCUM and Others, Respondents.— Order modified by striking out the words " It is Further Ordered that the petitioner, Paul Hunt, and the intervenor Elinor H. Diedrich and all other persons other than the children of the incompetent and her committee be and they hereby are restrained from interviewing, interfering with or annoying the incompetent or communicating with her without the consent of her committee or the Court." As so modified, the order is affirmed, in so far as appealed from, without costs. In our opinion the court was without power to make this part of the order after having permitted the relator and the intervenor to withdraw from the proceeding and without having heard them on the question of the propriety of such order. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

LUIZ RODRIGUES, Respondent, v. STOBIN CONSTRUCTION Co., INC., and SOL POSTREL, Appellants.— Judgment of the City Court of Yonkers reversed upon the law, with costs, and complaint dismissed, with costs, upon the ground that the plaintiff failed to establish a cause of action. Appeal from order denying motion for a new trial dismissed. Lazansky, P. J., Kapper, Hagarty, Carswell and Davis, JJ., concur.